UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN B. DAVIS,<br><br>                      Plaintiff,<br><br>v.<br><br>SAN DIEGO DISTRICT ATTORNEY,<br>MR. LEONARD TRINH,<br><br>                      Defendants. | Case No.: 17CV654 JLS (BGS)<br><br>**ORDER DENYING REQUEST FOR RULE 45 SUBPOENA / REQUEST FOR RELIEF VIA DECLARATORY DECREE**<br><br>[ECF No. 42] |

    Plaintiff Gavin B. Davis has filed a request for a Federal Rule of Civil Procedure 45 subpoena / request for relief via declaratory decree. [ECF 42] He seeks issuance of a "broad subpoena of all communications between any of the Defendants . . . and the Clark County District Attorney's Office." (*Id.* at 14, Section C, Request for Relief.)

    "[S]upoenas under Rule 45 are discovery, and must be utilized within the time period permitted for discovery in a case." *See Integra Lifesciences I, Ltd. V. Merck KGaA*, 190 F.R.D. 556, 561 (S.D. Cal. 1999) (collecting cases). As the Court explained in its July 14, 2017 Order denying issuance of a subpoena on a different issue, the Court has not issued a case management order allowing discovery to commence because the case is still at the motion to dismiss stage and the pleadings are not settled. (ECF 35.) A motion to dismiss Plaintiff's Second Amended Complaint has recently been granted.

(ECF 66.) If this case survives the motion to dismiss stage, the Court will set a Case Management Conference and, after consulting with counsel for Defendants and Plaintiff, issue an appropriate scheduling order governing, among other matters, appropriate discovery.

Plaintiff's request for issuance of a Rule 45 subpoena is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 5, 2018

Hon. Bernard G. Skomal
United States Magistrate Judge